FILED

MAY 28 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| SANDRA MARGARITA AMAYA-PALACIOS; et al., | No. 10-71513 |
| Petitioners, | Agency Nos.     A099-537-013<br>A099-537-014<br>A099-537-015 |
| v. |  |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. |  |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 13, 2014[**]

Before:     CLIFTON, BEA, and WATFORD, Circuit Judges.

Sandra Margarita Amaya-Palacios, and her sons, natives and citizens of El

Salvador, petition for review of the Board of Immigration Appeals' ("BIA") order

sustaining respondent's appeal from an immigration judge's decision granting their

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

In denying petitioners' asylum and withholding of removal claims, the BIA found petitioners failed to establish a well-founded fear of future persecution on account of a protected ground. When the BIA issued its decision, it did not have the benefit of either this court's decisions in *Henriquez-Rivas v. Holder*, 707 F.3d 1081, 1083 (9th Cir. 2013) (en banc) (recognizing witnesses who testify against gang members may constitute a particular social group) and *Cordoba v. Holder*, 726 F.3d 1106 (9th Cir. 2013), or the BIA's decisions in *Matter of M-E-V-G-*, 26 I. & N. Dec. 227 (BIA 2014), and *Matter of W-G-R-*, 26 I. & N. Dec. 208 (BIA 2014). Thus, we remand petitioners' asylum and withholding of removal claims to determine the impact, if any, of these decisions. *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam). In light of this remand, we do not reach petitioners' remaining challenges to the BIA's denial of asylum or withholding of removal at this time.

**PETITION FOR REVIEW GRANTED; REMANDED.**